UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Access with Success, Inc., et al.</u>

        v.                                                 Civil No. 05-cv-216-JD

<u>The Kieley Corporation, Inc.</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

September 8, 2006

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

cc:     Nicholas Guerrera, Esq.
        Denise Lauretti, Esq.